In the United States District Court
District of South Carolina


Robbie Collins
       Plaintiff

                                                    2:24-cv-5767-RMG-MGB


        V.
                                                    Complaint


Capt. Williams, Sgt. Whitney Belton
Sgt. Richard Sweetenburg
               Defendant

2024 OCT 10 AM 8: 52

LEGAL MAIL ONLY

I was transferred to Lee Corr. Ins on Sept. 28, 2023, I was Placed on RHU where Richard Sweetenburg was the Sgt. I never had any words, or confrontation with Sgt. Sweetenburg while on RHU for 10 months in fact anything I needed he made sure I had it while on lock-up. I was released from lock-up on July 2024 and put in dorm F1. I was then giving a Dorm Worker Job by Lt. Rush and I went before the classification Ms. Grant and my Job was entered into the computer. Shortly after the Warden changed Sgt. Sweetenburg post from RHU to F1 and yard duty. Sgt. Sweetenburg began working F1 and everyday he let me out my cell as a dorm worker, we didn't have any problems. Then one morning before Sgt. Sweetenburg opened my door Sgt. Belton came on the Wing to my door and said "I Know who you is, you Robbie Collins who be doing those lawsuits and Lt. Rush gave you Job she do to much and don't run shit you ain't never coming out on my shift, Sweetenburg don't never open his door." Sgt. Sweetenburg left me locked in my room all day. Every time Sgt. Sweetenburg & Sgt. Belton worked they never let me out my room. They let the entire dorm out and leave me locked down for no reason. I ask Sgt. Sweetenburg

1

LEGAL MAIL ONLY

Why he ain't letting me to do my job assignment he said "you know why now write that Shit up". Multiple Inmates notified Lt. Rush that these officers was picking on me because of my Lawsuits and because Lt. Rush gave me a job. Lt. Rush called Major Spikes to the Unit and along with me and several other inmates explained that these officers was nickpicking with me about my Lawsuits and because Lt. Rush gave me a job and she didn't want the unproffessionalism from her officers, Major Spikes said he would ~~bad~~ handle it and it was a email from Headquarters to all Shift Supervisors that Sgt. Belton was not allowed in F1 because she was having Sexual Activities with Inmates and that Sgt. Sweetenburg was under Investigation for throwing gang signs up on camera. Then the next day Sgt. Sweetenburg and Sgt. Belton came to my door saying "you can tell who you want we got something for." Then I received a Disciplinary write-up for threatening to inflict harm on Sgt. Sweetenburg.

2

LEGAL MAIL ONLY

When I went to DHO I tried to explain that I didn't do it counsel substitute said that I was still going to be found guilty because it's a officer word against mines. So I asked her if I plea guilty can I keep my visits my moms is 82 and I really want to see her. She said plea guilty and see what happens, I pled guilty and was able to keep my visit. Then the weekend came and my mother said our visit was at 10 AM. At 9:45 I asked Sgt. Sweetenburg could I come out and take a shower my visit was at 10, He said No and you not going. I told him I would write him up he replied stating don't make me follow your moms home. I immediately began writing a grievance at 11:00 he came and told me my visit was waiting on me. When I got on visit my moms ask me what took so long? I said how long you been waiting? She said I been here since 10, I then told Capt. Williams that Sgt. Sweet- enburg let me out for my visit a hour late

3

LEGAL MAIL ONLY

and that Sgt. Sweetenburg and Sgt. Belton was retaliating against me because I do lawsuits and Lt. Rush gave me job and they Sgt. Belton & Sgt. Sweetenburg fired me for no reason. I explained that they don't let me out my room for Rec, Mailroom, Sick-Call, or to goto the law library for my courtdeadline or a shower. Capt. Williams Brushed me off. I then went to my Mental Health Doctor and explained what I was going through and how Sgt. Belton & Sweetenburg was retaliating against me and how I have spoken to Capt. Williams and Major Spikes and nothing was being done. I asked my Mental health doctor to increase my geodon to keep me from becoming violent. I was fed up and didn't want to get in trouble. Then Friday Sept. 6, 2024 Sgt. Sweetenburg came in and let everybody out their rooms except me, so I asked could he atleast call Maintenance to bring the snake my toilet was clogged up, He said no lay in it

4.

LEGAL MAIL ONLY

Then Capt. Williams came on the wing and I called him to my door, I again explained that Sgt. Sweetenburg & Sgt. Belton was retaliating against me because of my Lawsuits and because they said they didn't like Lt. Rush and since she gave me a job that I wasn't never coming out on their shift, could he atleast make them call maintenance to fix my toliet. He Said he would see what he could do and left. I was left in the room 3 days unable to use the bathroom. Sept. 8 Sgt. Belton worked the dorm and I told her I Had to defecate for 2 days please get maintenance to fix my toliet, She said no get Lt. Rush to do it and I don't care if you write it up, Then when they called me for visit I told Sgt. Belton when she opened my door I was going to defecate and take a shower real quick since you had me locked in my room 3 days and couldn't use the bathroom. She Said no I'mma Cancel your visit, Then Capt. Williams came took me off visit and took me to lock-up. I asked what I did and he never told me. This was at 4pm. Sept. 8

LEGAL MAIL ONLY

Then when I get on lock-up I get charge papers about something that didn't happen at 8AM Sept 8, 2024. Sgt. Belton wrote me up saying I threaten her 8AM that morning when that never Happened Ofc. Walters was a witness. I have been consistently be attacked by these officers Because I file lawsuits and a lieutenant they don't like gave me a job.

Oct. 7, 2024

LEGAL MAIL ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Robbie Collins

_(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

-against-

Capt. Williams, Sgt. Whitney Belton
Sgt. Richard Sweetenburg

_(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)_

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:     ☐ Yes     ☐ No
                _(check one)_

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include _only_: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to
proceed in _forma pauperis._

1

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name                              _Robbie Collins_

All other names by which you have been known:

_Chickenbonez_

_____

ID Number                      _290946_

Current Institution          _Lee Corr Ins_

Address                         _990 Wisacky Hwy_

_Bishopville S.C 29010_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name                       _Williams_

Job or Title             _Captain_
(if known)

Shield Number         _____

Employer                _LCI_

Address                  _990 Wisacky Hwy_

_Bishopville S.C. 29010_

☑ Individual capacity            ☐ Official capacity

Defendant No. 2

Name                       _Whitney Belton_

2

Job or Title
(if known)        _Sgt_____

Shield Number    _____

Employer         _L.Cl_____

Address          _990 Wisacky Hwy_____
                 _Bishopville S.C. 29010_____

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

Name             _Richard Sweetenburg_____

Job or Title     _Sgt_____
(if known)

Shield Number    _____

Employer         _LCl_____

Address          _990 Wisacky Hwy_____
                 _Bishopville SC-29010_____

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name             _____

Job or Title     _____
(if known)

Shield Number    _____

Employer         _____

Address          _____
                 _____

☐ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment Retaliation & 8th Amendment Cruel and Usual Punishment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

4

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Lee Corr Ins July – September 2024

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

July 2024 – September 2024

_____

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

_____

_____

5

_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Violation of my 1st Amendment Right I have been consistently been retaliated against because I use the grievance system and file lawsuits

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

That I be given 20,000$ for my Constitutional violation and Injuctive Relief that I be given my Job assignment back

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

_All_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Lee Corr Ins  I filed an emergency Grievance pursuant to SCDC Grievance Policy Section 14 I wrote the Warden over Security he refused to respond to my complaint

2.    What did you claim in your grievance?

That I was being retaliated against Because of my lawsuits

3.    What was the result, if any?

They didn't process it according to policy and Warden of Security refuse to respond to my request denying me the ability to file a step1 so I had to file an emergency

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

8

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   _____

   _____

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   _____

   _____

   _____

   _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   Staff fails to respond to my attempt for informal resolution so I can't file no more Grievances

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

   ☐   Yes

   ☑   No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐    Yes

    ☒    No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)    _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐    Yes

        ☐    No

        If no, give the approximate date of disposition.  _____

10

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑    Yes

☐    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _Robbie Collins_

Defendant(s)    _John palmer_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_Federal U.S. District Court_

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_RMG & MGB_

5.    Approximate date of filing lawsuit

_2023_

6.    Is the case still pending?

☑    Yes

☐    No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___.

Signature of Plaintiff    *Robbie Collins*

Printed Name of Plaintiff    Robbie Collins

Prison Identification #    290946

Prison Address    990 Wisacky Hwy

Bishopville            S.C.            29010

City                State            Zip Code

### B.    For Attorneys

Date of signing: _____, 20___.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address                    _____

Telephone Number           _____

E-mail Address             _____