Robbie Collins 290946
L.C.I 990 Wisacky Hwy
Bishopville S.C. 29010

RHU 93

LEE CI INMATE

US POSTAGE
ZIP 29010
$002.3
0000373846 OCT 07 24

RECEIVED
USDC CLERK CHARLESTON SC
2024 OCT 10  AM 8 45

United States District Court
District of South Carolina
P.O. Box 835
Charleston, S.C. 29402

ITEM X-RAYED BY
USMS
10/10

LEGAL MAIL ONLY

LEE CORRECTIONAL INSTITUTION
SC DEPARTMENT OF CORRECTIONS

THE DEPARTMENT OF CORRECTIONS
INSPECTED ON CENSORED. THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY FOR ITS WRITTEN
CONTENTS

RECEIVED
OCT 07 2024
LEE CI MAIL ROOM