**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Robbie Collins, | Case No. 2:24-cv-05767-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| Sgt. Whitney Belton and Sgt. Richard Sweetenburg, | |
| Defendants. | |

This matter is before the Court upon the Report and Recommendation (R&R) of the Magistrate Judge (Dkt. No. 142), recommending that Defendants' motion for summary judgment (Dkt. No. 122) be granted. Plaintiff filed objections to the R&R. (Dkt. No. 148). For the reasons set forth below, the R&R is adopted as the Order of the Court and Defendants' motion for summary judgment is granted.

## I. Background

Plaintiff, a state prisoner proceeding *pro se*, brings claims against Defendants under 42 U.S.C. § 1983 for alleged violations of his rights under the First Amendment of the Constitution. (Dkt. No. 7). Defendants moved for summary judgment.  (Dkt. No. 122). Plaintiff responded in opposition (Dkt. No. 135), and Defendants replied (Dkt. No. 137). The Magistrate Judge issued an R&R (Dkt. No. 142), recommending that Defendants' motion be granted, and Plaintiff thereafter filed several objections (Dkt. No. 148). This matter is now ripe for review.

## II. Legal Standard

### A. Magistrate's Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with

1

this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where the petitioner fails to timely file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

### B. Pro Se Pleadings

This Court liberally construes complaints filed by *pro se* litigants to allow the development of a potentially meritorious case. *See Cruz v. Beto*, 405 U.S. 319, 322 (1972); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleadings to allege facts which set forth a viable federal claim, nor can the Court assume the existence of a genuine issue of material fact where none exists. *See Weller v. Dep't of Soc. Servs.*, 901 F.2d 387, 391 (4th Cir. 1990) (citation omitted).

### III.    Discussion

The Court reiterates that it may only consider objections to the R&R that direct this Court to a specific error. *See* Fed. R. Civ. P. 72(b). Here, Plaintiff's "objections" merely rehash his initial arguments before the Magistrate Judge. *Compare* (Dkt. No. 135) *with* (Dkt. No. 148). Accordingly, Plaintiff's objections do not meet the applicable standard set forth above as they contain no basis for error. *See Weber v. Aiken–Partain,* No. 8:11–cv–02423-GRA, 2012 WL 489148, at *2 (D.S.C. Feb. 15, 2012) (noting that objections that merely rehash arguments raised before, and addressed by, the magistrate judge are insufficient to direct the court to a specific error in the magistrate's

proposed findings and recommendations).  Because Plaintiff raises the same arguments as he did in his response to the motion for summary judgment, the Court "must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond*, 416 F.3d at 315 (citation and punctuation omitted).

After a careful review of the record and the R&R, the Court finds that the Magistrate Judge ably summarized the legal and factual issues in this matter and correctly concluded that Defendants' motion for summary judgment should be granted.

## IV.    Conclusion

For the foregoing reasons, the R&R (Dkt. No. 142) is **ADOPTED** as the Order of the Court and Defendants' motion for summary judgment (Dkt. No. 122) is **GRANTED**.

**AND IT IS SO ORDERED.**

s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

June 8, 2026
Charleston, South Carolina